# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: PATRICK T. ROBINSON § Case No. 10-74846
       TENISHA R. ROBINSON §
                                     §
          Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2010.

2) The plan was confirmed on 04/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/12/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/30/2012.

6) Number of months from filing or conversion to last payment: 16.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,285.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,637.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 9,637.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,400.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 568.57 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 3,968.57** |
| Attorney fees paid and disclosed by debtor: | $ 100.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,400.00 | 0.00 |
| RICE AUTO SALES | Sec | 12,000.00 | 12,389.00 | 12,000.00 | 4,194.57 | 870.88 |
| RICE AUTO SALES | Uns | 0.00 | 0.00 | 389.00 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Sec | 700.00 | 1,438.44 | 700.00 | 269.73 | 31.08 |
| UNITED CONSUMER FINANCIAL | Uns | 1,178.00 | 0.00 | 738.44 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 396.00 | 536.49 | 536.49 | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 18,000.00 | 18,454.61 | 18,454.61 | 149.58 | 0.00 |
| ATTORNEY BRIAN K LARKIN | Uns | 1,020.00 | 1,340.54 | 1,340.54 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 573.00 | 1,250.39 | 1,250.39 | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 238.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 104.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Uns | 239.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| FASHION BUG / SOANB | Uns | 155.00 | NA | NA | 0.00 | 0.00 |
| FOREST HILLS MOBIL | Uns | 52.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT SERVICES | Uns | 6,430.00 | 5,589.22 | 5,589.22 | 45.30 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 300.00 | 3,728.00 | 3,728.00 | 30.22 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 137.00 | 1,159.21 | 1,159.21 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 6,272.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS COMPANY | Uns | 395.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INS CO | Uns | 117.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTIONS | Uns | 785.00 | 785.11 | 785.11 | 0.00 | 0.00 |
| TDS TELECOMMUNICATIONS CORP | Uns | 124.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 7,266.00 | 7,475.70 | 7,475.70 | 60.59 | 0.00 |
| VERIZON INC | Uns | 370.00 | NA | NA | 0.00 | 0.00 |
| VERIZON INC | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CALVIN RHODES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES & LEASE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 0.00 | 239.86 | 239.86 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 121.08 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 1,559.34 | 0.00 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 182.55 | 182.55 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 524.65 | 524.65 | 0.00 | 0.00 |
| GC III, LLC | Uns | 0.00 | 2,033.30 | 2,033.30 | 16.48 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 246.56 | 246.56 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 12,000.00 | $ 4,194.57 | $ 870.88 |
| All Other Secured | $ 700.00 | $ 269.73 | $ 31.08 |
| **TOTAL SECURED:** | $ 12,700.00 | $ 4,464.30 | $ 901.96 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 44,673.63 | $ 302.17 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,968.57 |
| Disbursements to Creditors | $ 5,668.43 |
| **TOTAL DISBURSEMENTS:** | $ 9,637.00 |

   12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/16/2012    By: /s/ Lydia S. Meyer
                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)